# KESCH LAW GROUP PLLC

260 Madison Avenue, 8th Floor
New York, New York 10016
(212) 412-9522
dan@sterling-cooper.com

March 28, 2024

**Via ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288

> Application **GRANTED** in part and **DENIED** in part. Defendant shall answer, move or otherwise respond to the Complaint by **May 10, 2024**. The request to adjourn the initial pretrial conference and related deadlines is denied.
>
> Dated: March 29, 2024
>    New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Andrew Toro v. Brooklyn Tailors, LLC*, Case No. 1:24-cv-1392
      Requests for Extension to Answer Complaint and Adjourn Pretrial Conference

Dear Judge Schofield:

This firm represents Brooklyn Tailors, LLC ("**Defendant**") in the above-captioned matter. Defendant submits this letter requesting (i) an extension of time to answer the Complaint and (ii) an adjournment of the pretrial conference. The original due date to answer the Complaint is April 1, 2024, and Defendant requests a new date of May 10, 2024. The parties have conferred and plaintiff Andrew Toro, through his counsel Mars Khaimov, Esq., consents to the May 10, 2024, extension date.

Additionally, there is a pretrial conference scheduled for April 17, 2024. If the Court grants the extension, an adjournment of the pretrial conference may be warranted. Accordingly, and subject to the Court's availability, Defendant is currently available the week of June 10, 2024. Plaintiff's counsel did not respond to Defendant's inquiry as to his availability. Defendant has not previously sought a request for an adjournment or extension of time in this matter.

For these reasons, Defendant respectfully requests the Court to grant its requests for an extension and adjournment.

Respectfully submitted,

Daniel P. Sodroski

Attachments (1)

cc:    Mars Khaimov, Esq. (*via ECF*)