# KESCH LAW GROUP PLLC

260 Madison Avenue, 8th Floor
New York, New York 10016
(212) 412-9522
dan@sterling-cooper.com

June 11, 2024

**Via Email**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288
Schofield_NYSDChambers@nysd.uscourts.gov

Re: *Andrew Toro v. Brooklyn Tailors, LLC*, Case No. 1:24-cv-1392

Dear Judge Schofield:

The parties in the above-captioned matter file this joint letter to inform the Court that they have reached an agreement in principle to resolve the matter. The parties respectfully request that the Court adjourn the upcoming deadlines for forty-five (45) days for the parties to devote their efforts to consummating a settlement agreement.

Respectfully submitted,

/s/
Daniel P. Sodroski, Esq., counsel for defendant

/s/
Mars Khaimov, Esq., counsel for plaintiff